565 A.2d 157

Philip SPRAGUE and Marilyn Sprague, Appellants,

v.

Thomas E. CREAMER, M.D., and Wyeth Laboratories, Inc.,
and the Medical Professional Catastrophe Loss Fund.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1989.

Decided Nov. 1, 1989.

102

Thomas B. Rutter, Philadelphia, for appellants.

Joseph S. Sabadish, Deputy Atty. Gen., for appellees.

Adrian R. King, for Creamer, M.D.

Murray S. Levin, Philadelphia, for Wyeth Laboratories.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

McDERMOTT, J., did not participate in the consideration or decision of this case.